UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                              )      BK No.:    13-25897
                                    )
CHRISTOPHER CLARK ALEXA and         )      Chapter:  7
VERICA V. KOTEVSKI                  )
                                    )      Honorable A. Benjamin Goldgar
                                    )
                                    )      Lake County
          Debtor(s)                 )

**ORDER GRANTING IN PART AND CONTINUING IN PART LAINIE PROPERTIES INC.'s
MOTION TO MODIFY AUTOMATIC STAY**

THIS CAUSE COMING ON TO BE HEARD on the Lainie Properties Inc's Motion to Modify Automatic Stay, due notice being given to all parties entitled thereto, the Trustee Ilene Goldstein and counsel for Lainie Properties, Inc. appearing, and the Court being fully advised in the premises,

IT IS ORDERED:

1. The Motion is and the same shall be granted in part and the automatic stay is modified for the limited purpose of permitting Lainie Properties Inc. to proceed with the statutory step of filing its Petition For Deed in Illinois Circuit Court, Lake County, Illinois, and to serve notice of same in accordance with the Illinois Property Tax Code in connection with the Certificate of Sale issued to Lainie Properties Inc. for the real property commonly known as 38600 N. Arbor Court, Wadsworth, Illinois [PIN 03-35-104-006-0000], provided, however, that no action is permitted to be taken to shorten the statutory redemption period (which has been extended to July 27, 2015) or to otherwise affect the Estate's interest in the said property without further order of this Court; and

2. The Motion is continued for further hearing on March 27, 2015 at 1:30pm at the North Branch Court (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, Illinois 60073.

Enter:

FEB 2 7 2015

Dated:                                    United States Bankruptcy Judge

**Prepared by:**
Marc D. Sherman
Marc D. Sherman & Associates, P.C.
3700 West Devon Ave., Suite E
Lincolnwood, IL 60712
(847) 674-8756 ph
marc@mshermanlawoffice.com

This box will expand vertically to fit entered text.
Tab out of box to see expansion.